UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| AMANDA S. HUFF, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:11 CV 61 RWS |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation that the decision of the Commissioner be reversed and remanded to the Commissioner.  Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Frederick R. Buckles for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge Buckles issued a Report and Recommendation on August 31, 2012 that recommended that the decision of the Commissioner be reversed and remanded.  Judge Buckles found that the Administrative Law Judge ("ALJ") failed to make specific findings as to the mental demands of plaintiff's past relevant work and, as a result, recommended that substantial evidence did not support the ALJ's step four determination.  Further, Judge Buckles recommended that the ALJ's step five conclusion is not supported by substantial evidence on the record as a whole.

Any objections to Judge Buckles' Report and Recommendation were to be filed by September 14, 2012.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge Buckles is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for proceedings consistent with this opinion.

                                                                     RODNEY W. SIPPEL
                                                                     UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2012.