UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| AMANDA S. HUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:11 CV 61 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation that the decision of the

Commissioner be reversed and remanded to the Commissioner.  Neither of the parties has filed

an objection to this recommendation.

This matter was referred to United States Magistrate Judge Frederick R. Buckles for a

Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge Buckles issued a Report and

Recommendation on August 31, 2012 that recommended that the decision of the Commissioner

be reversed and remanded.  Judge Buckles found that the Administrative Law Judge ("ALJ")

failed to make specific findings as to the mental demands of plaintiff's past relevant work and, as

a result, recommended that substantial evidence did not support the ALJ's step four

determination.  Further, Judge Buckles recommended that the ALJ's step five conclusion is not

supported by substantial evidence on the record as a whole.

Any objections to Judge Buckles' Report and Recommendation were to be filed by

September 14, 2012.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge Buckles is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The

decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the

Commissioner for proceedings consistent with this opinion.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2012.